# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
### CENTRAL DIVISION

## MINUTE SHEET

**TAMMY REED,**                                      **Date:  July 20, 2026**

**vs.**                                              **Case No.  24-4152-CV-C-BCW**

**Centurion of Missouri, LLC,**
**MHM Services, Inc., Anna Mefford, LPN,**     **Day 1 – Civil Jury Trial**
**Cara Conner, LPN and Nicole Townsend, LPN**

---

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Time Commenced:   8:15 a.m.**              **Time Terminated:  4:55 p.m.**

---

## APPEARANCES

**Government by: Elizabeth Fegan, Georgia Zacest, and Thomas Porto**
**Defendant by:  Dennis Harms and Alec Jarvis**

| Remarks: | Witness Testifying |
|---|---|
| Court in session at 8:15 a.m   Counsel and parties present.   Court holds pretrial conference.   Court in recess at 8:30 a.m.<br><br>Court in session at 9:05 a.m.   Counsel and parties present.   46 prospective jurors seated and sworn.  Court begins voir dire at 9:10 a.m.  Court in recess at 10:45 a.m.<br><br>Court in session at 11:15 a.m. Counsel and parties present.  Court continues voir dire.  Panel excused.  Court takes up strikes for cause and hardship.  Court in recess at 12:45 p.m.<br><br>Court in session at 1:20 p.m.  Counsel and parties present.   Court makes a record regarding strikes.  Panel returns to the courtroom.  Court reads the names of the selected jurors.   Panel released.  Jury released for lunch at 1:35 p.m.  Court in recess at 1:45 p.m.<br><br>Court in session at 2:39 p.m.   Counsel and parties present.   Court makes a record regarding opening statement slides.   Jury returns to the courtroom at 2:58 p.m.   Jury is sworn.   Court reads opening instructions at 2:58 p.m.  Plaintiff begins opening statement at 3:14 p.m.  Defendant begins opening statement at 3:41 p.m.   Plaintiff calls Tammy Reed. Witness sworn.   Direct 4:08 p.m.   Cross 4:31 p.m.  Jury released for the day at 4:50 p.m.  Court in recess at 4:55 p.m. | Tammy Reed<br>4:08 p.m. – 4:55 p.m. |

**COURT REPORTER: Denise Halasey**
**COURTROOM DEPUTY: Tracy Diefenbach**
**LAW CLERK:  Anna Dincher**