IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

## <u>JUDGMENT IN A CIVIL CASE</u>

| | |
|---|---|
| TAMMY REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )      Case No.   24-4152-CV-C-BCW |
| | ) |
| Centurion of Missouri, LLC, | ) |
| MHM Services, Inc., Anna Mefford, LPN, | ) |
| Cara Conner, LPN and | ) |
|  Nicole Townsend, LPN, | ) |
| | ) |
| Defendants. | ) |

**Jury Verdict**.    This action came before the Court for a trial by jury.
The issues have been tried and the jury has rendered its verdict.

**IT IS ORDER AND ADJUDGED** pursuant to the verdict returned July 29, 2026, that the jury finds:

On Plaintiff's deliberate indifference claims against Defendants Nicole Townsend, Anna Mefford, and Cara Connor, the jury finds in favor of Defendants.

On Plaintiff's unconstitutional policies/customs claim against Defendant Centurion of Missouri, LLC, the jury finds in favor of Defendant Centurion of Missouri, LLC.

On Plaintiff's failure to train or supervise claim against Defendant Centurion of Missouri, LLC, the jury finds in favor of Defendant Centurion of Missouri, LLC.

<br>

| | |
|---|---|
| <u>July 29, 2026</u> | <u>Paige Wymore Wynn</u> |
| Date | Clerk of Court |
| | |
| | <u>/s/ Tracy L. Diefenbach</u> |
| | (by) Deputy Clerk |